IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOYLES-PONCE, | No. 2:24-CV-3170-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the court's scheduling order, Plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by Defendant. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, more than 45 days have elapsed since the date of service of the certified administrative record and Plaintiff has not filed a dispositive motion.

/ / /

/ / /

/ / /

1

1         Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to comply with the Court's scheduling order. The filing of either notice that Plaintiff has sought a voluntary remand or the filing of a dispositive motion within the time permitted herein shall constitute a sufficient response. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

        IT IS SO ORDERED.

Dated: June 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE